**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JACQUELINE CURRY,

    Plaintiff,

v.                                                                                  Case No: 8:13-cv-2479-T-35EAJ

HSBC HOLDINGS,

    Defendant.
_____

**ORDER**

**THIS CAUSE** comes before the Court for consideration of the Complaint (Dkt. 1) and Motion for Leave to Proceed *in forma pauperis* (Dkt. 2) filed by Plaintiff, Jacqueline Curry. On October 1, 2013, United States Magistrate Judge Elizabeth A. Jenkins issued a Report and Recommendation ("R&R"), recommending that Plaintiff's construed motion for leave to proceed *in forma pauperis* be denied without prejudice and that Plaintiff's Complaint be dismissed without prejudice. (Dkt. 3)

Plaintiff filed several responses to the Report and Recommendation. Initially, on October 15, 2013, Plaintiff filed a timely "Response to Report and Recommendations" in which she requested an additional thirty (30) days, until November 11, 2013, "to amend charge and complete new IFP form." (Dkt. 6) On November 12, 2013 Plaintiff filed what the Court construes as a motion for extension of time, in which she stated that she was unable to provide an Amended Complaint and IFP at that time, and further stated that "Plaintiff agrees with and requests recommendation made by Magistrate Judge Jenkins." (Dkt. 7) On November 13, 2013 Plaintiff filed a Motion to Withdraw Prior

Motion and to Request Appointment of Counsel, wherein Plaintiff requested "to withdraw prior motion submitted by Plaintiff, which sought to dismiss case without prejudice." (Dkt. 8)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify a Magistrate Judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party."  Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo,* even in the absence of an objection.  See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court concludes that the Report and Recommendation should be adopted, confirmed, and approved in all respects. As stated therein, Plaintiff's affidavit lacks the information necessary to determine if the Plaintiff is, in fact, indigent.  Moreover, the Court also agrees that the Complaint is due

to be dismissed. While the Court is mindful that *pro se* pleadings are liberally construed and held to a less stringent standard than pleadings drafted by an attorney, they must nonetheless comport with the Federal Rules of Civil Procedure, which require a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). Here, while stating that the nature of the action is premised on retaliation, harassment, and defamation, the Complaint alleges no facts in support of those causes of action.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 3) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. The Motion for Leave to Proceed *in forma pauperis* (Dkt. 2) is **DENIED**;

3. The Clerk is directed to send Plaintiff the proper Affidavit of Indigency Form DC 101.

4. The Complaint is **DISMISSED without prejudice.** If Plaintiff wishes to proceed in this case, she shall file an Amended Complaint within **fourteen (14) days** of the date of this Order.

5. Plaintiff shall attach to any amended complaint an amended motion to proceed *in forma pauperis* supplemented with complete financial information or submit the requisite filing fee to the Clerk within **fourteen (14) days** of the date of this Order;

Case 6:14-cv-01099-RBD-GJK   Document 9   Filed 11/18/13   Page 4 of 4 PageID 26

6.     To the extent Plaintiff sought extensions of time in her Response to Report and Recommendations (Dkt. 6) and Motion (Dkt. 7), those requests are **DENIED as moot**.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of November, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person