**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JACQUELINE CURRY,

        Plaintiff,

v.                                                                       Case No. 6:14-cv-1099-Orl-37GJK

HSBC HOLDINGS,

        Defendant.

---

**ORDER**

This cause is before the Court on the following:

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint, or Alternatively, Motion for Summary Judgment, and Supporting Memorandum of Law (Doc. 19), filed February 24, 2014;

2. Motion to Request to Amend Complaint (Doc. 29), filed April 9, 2014; and

3. HSBC's Response to Plaintiff's Motion for Leave to Amend Her Complaint, and Request for Leave to Reply to Plaintiff's Response to Motion to Dismiss (Doc. 32), filed April 28, 2014.

On May 19, 2014, U.S. District Judge Mary S. Scriven stayed consideration of Defendant's motion to dismiss (Doc. 19) and Plaintiff's motion for leave to file a second amended complaint (Doc. 29) pending disposition of Plaintiff's motion to proceed *in forma pauperis* ("IFP"). (*See* Doc. 33.) Subsequently, the Magistrate Judge granted Plaintiff leave to proceed IFP (Doc. 39), and Judge Scriven transferred the case to the undersigned (Docs. 40, 41).

Upon consideration, the Court finds that the stay motion is due to be lifted,

Plaintiff's motion to amend her complaint (Doc. 29) is due to be granted, and Defendant's motion to dismiss (Doc. 19) is due to be denied as moot. Further requests for leave to amend the complaint will not be granted absent extraordinarily good cause.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The stay of consideration as to Defendant's Motion to Dismiss Plaintiff's Amended Complaint, or Alternatively, Motion for Summary Judgment, and Supporting Memorandum of Law (Doc. 19) and Plaintiff's Motion to Request to Amend Complaint (Doc. 29) is **LIFTED**.

2. Motion to Request to Amend Complaint (Doc. 29) is **GRANTED**. On or before Friday, August 1, 2014, Plaintiff may file a second amended complaint. Failure to file a timely second amended complaint will result in dismissal of this case without further notice.

3. Defendant's Motion to Dismiss Plaintiff's Amended Complaint, or Alternatively, Motion for Summary Judgment, and Supporting Memorandum of Law (Doc. 19) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 14, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Pro Se Party